## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

BRYAN REO                                        )
7143 Rippling Brook Lane                         )
Mentor, Ohio 44060                               )
                                                 )   Case No.: 1:11-cv-1423
                Plaintiff,                       )
                                                 )   JURY DEMAND REQUESTED
        v.                                       )
                                                 )   VERIFIED CIVIL COMPLAINT
                                                 )   (Unlawful Debt Collection Practices)
GLOBAL CREDITOR AND                              )
COLLECTION CORP.                                 )
300 International Drive, Ste. 100                 )
Williamsville, NY 14221                          )
                                                 )
                Defendant.                       )

## VERIFIED COMPLAINT

BRYAN REO (Plaintiff), by his attorneys, KAHN AND ASSOCIATES, L.L.C., alleges the following against GLOBAL CREDITOR AND COLLECTION CORP. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in Ohio, personal jurisdiction is established.

4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5.  Plaintiff is a natural person who resides in Mentor, Lake County, Ohio and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6.  Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7.  Defendant is a debt collector with an office in Irvine, California.

8.  Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9.  Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt not owed by Plaintiff.

11. Defendant calls Plaintiff daily in an attempt to collect the alleged debt.

12. Defendant places collection calls to Plaintiff on telephone number: 760-237-2868.

13. Defendant places collection calls to Plaintiff at telephone number: 440-352-6060.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff is telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, BRYAN REO respectfully requests judgment be entered against Defendant, GLOBAL CREDITOR AND COLLECTION CORP. for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, BRYAN REO, requests a jury trial in this case.

RESPECTFULLY SUBMITTED,

KAHN & ASSOCIATES, L.L.C.

   /s/ J. Daniel Scharville
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd.
Suite 215
Independence, Ohio 44131
Ph.:  (216) 621-6101
Fax: (216) 621-6006
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF OHIO

        Plaintiff, BRYAN REO, states the following:

1.      I am the Plaintiff in this civil proceeding.
2.      I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.      I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.      I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.      I have filed this Complaint in good faith and solely for the purposes set forth in it.

        Pursuant to 28 U.S.C. § 1746(2), I, BRYAN REO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_7/1/2011_
        Date

                               BRYAN REO

PLAINTIFF'S VERIFIED COMPLAINT